479 A.2d 1125

Commonwealth v. Thompson, Appellant.

Submitted April 16, 1984. Harry R. Seay, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before MONTEMURO, CERCONE and HESTER, JJ.

Order affirmed.

479 A.2d 1125

Commonwealth v. Townsend, Appellant.

Submitted February 2, 1984. Michael F. Giampietro, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and BECK, and HOFFMAN, JJ.

Affirmed.

SPAETH, President Judge, filed a dissenting memorandum.